IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RAY ANTHONY PUGH,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 12-cv-1225-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision, IT IS HEREBY ORDERED AND ADJUDGED that petitioner Ray Anthony Pugh's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Ray Anthony Pugh.

**DATED:**    February 4, 2013    NANCY J. ROSENSTENGEL, Clerk of Court

    By: s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**